UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LINDA GRAMAJOS, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

                              Plaintiff,                         **ORDER**

              -against-                       26 Civ. 5216 (JGLC) (AEK)

BOBO'S FORDHAM BRONX INC.,
BOBO'S COOP CITY INC.,
BOBO'S DYCKMAN SHERMAN INC.,
BOBO'S SOUNDVIEW BRONX INC.,
OCEANIC DELIGHTS GROUP INC.,
ZU HUA WANG,

                             Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to the undersigned for general pretrial supervision. Based on the allegations in the Complaint and the information submitted by Plaintiff's counsel for the request for issuance of summonses, it appears that Plaintiff is a resident of the Bronx, ECF No. 1 at ¶ 6, and that all of the Corporate Defendants are located in either Manhattan or the Bronx, ECF No. 1 at ¶¶ 7-12, ECF No. 3-1 at 2. While the Complaint does not appear to allege anything about the residence of the individual defendant, Zu Hua Wang, Defendant Wang's address is listed as being in Manhattan in the request for issuance of a summons to him. *See* ECF No. 3-1 at 2.

      Rule 18(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, governs the assignment of civil cases between the White Plains and Manhattan courthouses of this District. Based on the allegations in the Complaint, it appears as though the claims at issue here arose in whole or in major part in Manhattan and the Bronx, *i.e.*,

not in the Northern Counties.  It also does not appear as though any of the parties reside in the Northern Counties.  Yet on the Civil Cover Sheet filed by Plaintiff's counsel, this case is identified as an action that should be assigned to the White Plains courthouse.  This appears to be an error.

By July 14, 2026, Plaintiff's counsel must submit a letter to explain why this case should remain assigned to the White Plains courthouse, or should explain instead that the case should be transferred to Manhattan, in accordance with Rule 18(a)(3) of the Rules for the Division of Business.

Dated:  June 26, 2026
       White Plains, New York

                      **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge