UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

BOBO'S FORDHAM BRONX INC., et. al.

Defendants.

26-cv-05216 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Bobo's Fordham Bronx Inc. ("Bobo Fordham") with the summons and complaint in this matter on June 25, 2026. (*See* ECF 9.) Defendant Bobo Fordham was therefore required to respond to the Complaint by July 16, 2026. (*See id*.) To date, Defendant Bobo Fordham has not filed a response to the complaint.

Accordingly, I am nunc pro tunc extending Defendant's deadline to respond to the complaint until **August 3, 2026**. Plaintiff is directed to serve a copy of this order on Defendant Bobo Fordham by **July 22, 2026** at its last known address and email address and to file proof of service on the docket by **July 22, 2026**.

DATED: July 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**