UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

BOBO'S FORDHAM BRONX INC., et. al.

Defendants.

26-CV-05216 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant Bobo's Fordham Bronx Inc. ("Bobo Fordham") with the summons and complaint in this matter on June 25, 2026. (*See* ECF 9.) Defendant Bobo Fordham was therefore required to respond to the Complaint by July 16, 2026 (*See id*.) but failed to do so. As such, on July 20, 2026, I nunc pro tunc extended Defendant Bobo Fordham's deadline to respond to the complaint and directed Plaintiff to serve Defendant Bobo Fordham at its last known address and email address a copy of the order extending Defendant Bobo Fordham's deadline to respond, and to file proof of such service on the docket, by July 22nd, 2026. (*See* ECF 10, the "July 20 Order".)

Plaintiff filed her proof of service on July 22, 2026. (*See* ECF 11.) However, Plaintiff's filing shows that while she mailed a copy of the July 20 Order to Bobo Fordham's address, the mailing was addressed to "BOBO CRAP SHACK" and "ZU HUA WANG A/K/A BO WANG." (*See* ECF 11-1.) As Plaintiff did not address her mailing to the correct entity, she did not effectuate proper service on Bobo Fordham.

Accordingly, Plaintiff is ordered to re-serve Defendant Bobo Fordham at its last known address and email address, addressing such service to Defendant Bobo Fordham by the name it is referred to in the Complaint (Bobo's Fordham Bronx Inc.), copies of the Complaint, summons, the July 20 Order and this order by **July 24, 2026**. Plaintiff is also ordered to serve Defendant Zu Hua Wang at the address for which his summons was issued (*See* ECF 5, Summons at 5) and at his last known email address copies of the Complaint, summons, the July 20 Order and this order by **July 24, 2026**. Plaintiff shall file proof of such service on Defendants Bobo Fordham and Wang by **July 24, 2026**.

The deadline for Defendants Bobo Fordham and Wang to respond to the Complaint is extended until **August 17, 2026**.

DATED: July 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**