UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

BOBO'S FORDHAM BRONX INC., et. al.

Defendants.

26-CV-05216 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The filed document at ECF 15 is a stipulation only and not a stipulation and proposed order. In addition, the parties provide no explanation for why a four-week extension of time is required. If the parties wish to permit Defendants to have until September 16, 2026 to respond to the complaint, they shall file a letter motion on consent seeking that relief.

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**