UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

BOBO'S FORDHAM BRONX INC., et. al.

Defendants.

26-CV-05216 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The document filed by Defendants at ECF 20 is a proposed order to substitute Ms. Shengyuan Zhu as Defendants' counsel of record in place of Ms. Susan Papano. As Ms. Papano has never filed a notice of appearance in this matter and Ms. Zhu filed her notice of appearance on August 12, 2026 (ECF 17), Ms. Zhu is already the counsel of record for Defendants. Accordingly, Defendants' application to substitute Ms. Zhu as Defendants' counsel of record in place of Ms. Papano is DENIED as moot.

DATED: August 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**