UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

BOBO'S FORDHAM BRONX INC., et. al.

Defendants.

26-CV-05216 (AS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to file a second amended complaint ("SAC") (ECF 30). That motion falls within the scope of my reference for general pretrial supervision. (ECF 6.) Defendant's opposition, if any, to the motion to amend shall be filed by **October 14, 2026,** and Plaintiff's reply in further support, if any, shall be filed by **October 21, 2026.**

If the motion to amend is granted, Defendant shall have **14 days** from the date of the order granting such amendment to respond to the SAC. If Defendant moves to dismiss the SAC, Plaintiff shall file her opposition by **14 days** after the filing of the motion to dismiss the SAC, and Defendant will have **seven days** from the filing of Plaintiff's opposition to file a reply in further support; and if Defendant moves to dismiss the SAC and wishes to seek a stay of discovery, it shall file a letter-motion in support at the time it files its motion to dismiss the SAC, in which case Plaintiff shall have **seven days** to file any letter opposing a stay of discovery.

If the motion to amend is denied, Plaintiff shall have **14 days** from the order denying the motion to amend to file her brief in opposition to the pending motion to dismiss the first amended complaint ("FAC") (ECF 25), and Defendant shall have **seven days** from the filing of an

opposition to the motion to dismiss the FAC to refile a reply in further support; if the motion to amend is denied and Defendant wishes to seek a stay of discovery, Defendant shall file a letter-motion in support at the same time as its reply in further support of its pending motion to dismiss the FAC, in which case Plaintiff shall have **seven days** to file a letter opposing a stay of discovery.

DATED: October 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**