UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA GRAMAJOS, on behalf of herself, FLSA Collective Plaintiffs, and the Class,<br>Plaintiff,<br>-against-<br>BOBO'S FORDHAM BRONX INC., et. al.<br>Defendants. | 26-CV-05216 (AS) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are a motion to dismiss the Amended Complaint ("AC") (ECF 25), a motion to amend the AC (ECF 30), and a motion for an extension of time to file an answer (ECF 36). Having been informed that Defendants consent to the filing of the proposed Second Amended Complaint ("SAC"), the motion to dismiss (ECF 25) and motion to amend (ECF 30) are deemed withdrawn. The motion for an extension of time (ECF 36) is GRANTED. Plaintiff shall have until **October 29, 2026** to file the SAC, and Defendants shall have until **December 13, 2026** to respond to the SAC.

The Clerk of Court is respectfully requested to terminate ECF 25, ECF 30, and ECF 36.

DATED: October 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**